**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **v.** | § § | **CRIMINAL NO. 6:25-CR-00209-ADA** |
| **ALEXANDER ETHEREDGE, JR.,** | § § | |

### ORDER ADOPTING MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Derek T. Gilliland. Dkt. 42. The report recommends that this Court **DENY** Defendant Alexander Etheredge, Jr.'s motions to suppress his statements and physical evidence (Dkt. Nos. 28, 31). *Id.* at 14. The report was filed on April 24, 2026.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). To date, neither party has filed an objection to Judge Gilliland's recommendation.

When no objections are filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

 **IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Gilliland (Dkt. 42) is **ADOPTED**.

 **IT IS FURTHER ORDERED** that Defendant's motions to suppress his statements and physical evidence (Dkt. Nos. 28, 31) are hereby **DENIED.**

**SIGNED** this 20th day of May, 2026.

_____

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE